UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LORILLARD TOBACCO COMPANY and             JUDGMENT
LORILLARD LICENSING COMPANY, LLC,         11-CV- 3434 (ENV)

                              Plaintiffs,

     -against-

SUPER CITY TRADING, INC. d/b/a SUPER CITY
TRADING CO.,

                              Defendant.
------------------------------------------------------------------X

       An Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on September 20, 2011, awarding Plaintiffs $108.00 in damages and is directed to to submit a Bill of Costs to the Clerk of Court pursuant to Federal Rule of Civil Procedure 54(d)(1); ordering that no attorney's fees shall be awarded; directing that the parties shall continue to abide by the Stipulation and Order entered in this case, and the Court shall retain jurisdiction to enforce the provisions of that Order; and directing the Clerk of Court to enter judgment; it is

       ORDERED and ADJUDGED that Plaintiffs Lorillard Tobacco Company and Lorillard Licensing Company, LLC, is awarded $108.00 in damages and is directed to submit a Bill of Costs to the Clerk of Court pursuant to Federal Rule of Civil Procedure 54(d)(1); that no attorney's fees shall be awarded; and that the parties shall continue to abide by the Stipulation and Order entered in this case, and the Court shall retain jurisdiction to enforce the provisions of that Order.

Dated: Brooklyn, New York
         September 26, 2011                                  s/RCH
                                                          ROBERT C. HEINEMANN
                                                          Clerk of Court